# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Mark E. | United States District Court, N. D. Fla. | 04/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

111 N. Adams Street
Tallahassee, FL 32301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Holland & Knight - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Cash Asset Account | A | Interest | J | T | | | | | |
| 2. Bank of America Bank Accounts | A | Interest | O | T | | | | | |
| 3. American Commerce Bank Accounts | B | Interest | M | T | | | | | |
| 4. Holland & Knight - Capital Account | B | Interest | N | T | | | | | |
| 5. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | | | | | |
| 6. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | | | | | |
| 8. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 9. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 10. 529 College Savings Plan #1 (American 529 US Govt Mmkt A) (AAFXX) | C | Dividend | N | T | | | | | |
| 11. 529 College Savins Plan #1 (American WA Mutual 529A) (CWMAX) | B | Dividend | K | T | Buy (add'l) | 06/18/18 | J | | |
| 12. 529 College Savings Plan #1 (American WA Mutual 529C) (CWMCX) | B | Dividend | K | T | Buy | 01/02/18 | J | | |
| 13. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 14. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 15. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 16. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 17. | | | | | Buy (add'l) | 06/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 19. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 20. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 21. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 22. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 23. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 24. 529 College Savings Plan #2 (American 529 US Govt Mmkt A) (AAFXX) | C | Dividend | N | T | | | | | |
| 25. 529 College Savins Plan #2 (American WA Mutual 529A) (CWMAX) | B | Dividend | K | T | | | | | |
| 26. 529 College Savings Plan #2 (American WA Mutual 529C) (CWMCX) | B | Dividend | K | T | Buy | 01/02/18 | J | | |
| 27. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 28. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 29. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 30. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 31. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 32. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 33. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 34. | | | | | Buy (add'l) | 08/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 36. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 37. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 38. Morgan Stanley Retirement Account #1 (Listed Individually below) | | | | | | | | | |
| 39. Morgan Stanley Bank Cash Account (Retirement Account #1) | A | Interest | J | T | | | | | |
| 40. IShares Russell 3000 ETF (IWV) (Retirement Account #1) | A | Dividend | K | T | | | | | |
| 41. SPDR DJIA Trust (DIA) (Retirement Account #1) | A | Dividend | K | T | | | | | |
| 42. SPDR S&P 500 ETF Trust (SPY) (Ret. Acct #1) | A | Dividend | K | T | | | | | |
| 43. Vanguard Mid-Cap ETF Index (VO) (Retirement Account #1) | A | Dividend | J | T | | | | | |
| 44. Vanguard Small Cap ETF (VB) (Retirement Account #1) | A | Dividend | J | T | Sold (part) | 08/20/18 | J | B | |
| 45. IShares S&P 500 Val ETF (IVE) (Retirement Account #1) | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 46. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 47. Vangurd FTSE Developed Mkts E (VEA) (Retirement Account #1) | A | Dividend | K | T | Buy (add'l) | 08/24/18 | J | | |
| 48. Morgan Stanley Retirement Account #2 (Listed Individually below) | | | | | | | | | |
| 49. Morgan Stanley Bank Cash Account (Retirement Account #2) | A | Interest | J | T | | | | | |
| 50. IShares Russell 3000 ETF (IWV) (Retirement Account #2) | A | Dividend | K | T | | | | | |
| 51. SPDR DJIA Trust (DIA) (Retirement Account #2) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P 500 EFT Trust (SPY) (Retirement Account #2) | A | Dividend | K | T | | | | | |
| 53. Vanguard Mid-Cap ETF Index (VO) (Retirement Account #2) | A | Dividend | J | T | | | | | |
| 54. Vanguard Small Cap ETF (VB) (Retirement Account #2) | A | Dividend | J | T | Sold (part) | 08/20/18 | J | A | |
| 55. IShares S&P 500 Val ETF (IVE) (Retirement Account #2) | A | Dividend | J | T | Buy (add'l) | 08/20/18 | J | | |
| 56. Vanguard FTSE Developed Mkts E (VEA) (Retirement Account #2 | A | Dividend | K | T | | | | | |
| 57. Morgan Stanley Retirement Account #3 (Listed Individually below) | | | | | | | | | |
| 58. Morgan Stanley Bank Cash Account (Retirement Account #3) | A | Interest | J | T | | | | | |
| 59. IShares Russell 3000 ETF (IWV) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 60. SPDR DJIA Trust (DIA) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 61. SPDR S&P 500 EFT Trust (SPY) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 62. Vanguard Mid-Cap ETF Index (VO) (Retirement Account #3) | A | Dividend | J | T | | | | | |
| 63. Vanguard Small Cap ETF (VB) (Retirement Account #3) | A | Dividend | J | T | Sold (part) | 08/20/18 | J | B | |
| 64. IShares S&P 500 Val ETF (IVE) (Retirement Account #3) | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 65. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 66. Vanguard FTSE Developed Mkts E (VEA) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 67. Fidelity Retirement Account #4 (Listed Individually below) | | | | | | | | | |
| 68. FID Contrafund K (Retirement Account #4) | F | Dividend | O | T | Buy (add'l) | 01/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 70. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 71. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 72. Alzgi Nfj Smcpvl Is (Retirement Account #4) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 73. | | | | | Sold | 05/04/18 | M | | |
| 74. Dodge & Cox Intl Stk (Retirement Account #4) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 75. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 76. | | | | | Sold | 06/11/18 | M | E | |
| 77. Harbor Cap APP Inst (Retirement Account #4) | F | Dividend | O | T | Buy | 06/07/18 | N | | |
| 78. | | | | | Buy (add'l) | 06/11/18 | M | | |
| 79. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 80. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 81. TA Mid Cap VL Opp R6 (Retirement Acct #4) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 82. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 83. | | | | | Sold | 06/07/18 | N | | |
| 84. MFS NEW Disc Val R4 (Retirement Account #4) | E | Dividend | M | T | Buy | 05/04/18 | M | | |
| 85. | | | | | Buy (add'l) | 05/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T. Rowe Price Investment Account (Listed Individually Below) | | | | | | | | | |
| 87. T. Rowe Price Equity Index 500 | C | Dividend | M | T | | | | | |
| 88. T. Rowe Price Retirement 2035 | E | Dividend | M | T | | | | | |
| 89. Holland & Knight Defined Cash Balance Plan | D | Interest | M | T | | | | | |
| 90. Florida Prepaid College Plan #2 | | None | | | Redeemed | 08/01/18 | J | | |
| 91. Morgan Stanley (Investment Account #1 - Listed Indivdually below) | | | | | | | | | |
| 92. Morgan Stanley Bank Cash Account (Investment Account #1) | A | Interest | J | T | | | | | |
| 93. IShares S&P 500 Grwth ETF (IVW) (Investment Account #1) | A | Dividend | L | T | | | | | |
| 94. IShares S&P 500 VAL ETF (IVE) (Investment Account #1) | B | Dividend | L | T | | | | | |
| 95. First Trust NASDAQ ABF CBIF (QABA) (Investment Account #1) | A | Dividend | J | T | | | | | |
| 96. IShares S&P Midcap 400 Index (IJH) (Investment Account #1) | A | Dividend | J | T | | | | | |
| 97. IShares Silver Shares (SLV) (Investment Account #1) | | None | | | Sold | 07/20/18 | J | | |
| 98. IShares SP Smallcap 600 Index (IJR) (Investment Account #1) | A | Dividend | J | T | Sold (part) | 08/16/18 | J | C | |
| 99. Vanguard FTSE Developed Mkts E (VEA) (Investment Account #1) | A | Dividend | K | T | | | | | |
| 100. SPDR S&P 500 ETF Trust (SPY) (Investment Account #1) | A | Dividend | | | Sold | 04/16/18 | K | B | |
| 101. Alliance Bernstein Income Adv (ACGYX) (Investment Account #1) | A | Dividend | | | Sold | 07/20/18 | J | | |
| 102. Allianzgi Structured Return A (AZIAX) (Investment Account #1) | | None | | | Sold | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. E V Global Marco ABS Ret Adv I (EGRIX) (Investment Account #1) | | None | | | Buy (add'l) | 01/11/18 | J | | |
| 104. | | | | | Sold | 07/20/18 | J | | |
| 105. Pacific Core Income Adv (PLIDX) (Investment Account #1) | A | Dividend | J | T | Buy (add'l) | 07/20/18 | J | | |
| 106. Western Asset Core Plus BD I (WACPX) (Investment Account #1) | A | Dividend | J | T | | | | | |
| 107. IShares MSCI EAFE ETF (EFA) (Investment Account #1) | | None | J | T | Buy | 12/27/18 | J | | |
| 108. IShares S&P US PFD Stk IDX FD (PFF) (Investment Account #1) | | None | K | T | Buy | 12/27/18 | K | | |
| 109. Vanguard SHR-TM Inflat Protec (VTIP) (Investment Account #1) | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 110. Ashmore Emerg Mkts Short Dur I (ESFIX) (Investment Account #1) | | None | J | T | Buy | 12/27/18 | J | | |
| 111. Delaware Healthcare Inst (DLHIX) (Investment Account #1) | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 112. PGIM Total Return Bond Z (PDBZX) (Investment Account #1) | A | Dividend | J | T | Buy | 07/20/18 | J | | |
| 113. Cohen & Steers Low Dur P&II (Investment Account #1) | A | Dividend | | | Buy | 07/20/18 | K | | |
| 114. | | | | | Sold | 12/27/18 | K | | |
| 115. FT Enhanced Short Maturity ETF (FTSM) (Investment Account #1) | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 116. IShares TIPS Bond EFT (TIP) (Investment Account #1) | A | Dividend | | | Buy | 01/11/18 | J | | |
| 117. | | | | | Sold | 11/26/18 | J | | |
| 118. MFS Intl Diversification I (MDIJX) (Investment Account #1) | A | Dividend | | | Buy | 04/16/18 | K | | |
| 119. | | | | | Sold | 12/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Putnam Short Duration Income Y (Investment Account #1) | A | Dividend | | | Buy | 01/22/18 | K | | |
| 121. | | | | | Sold (part) | 02/14/18 | J | A | |
| 122. | | | | | Sold | 08/16/18 | J | A | |
| 123. Robo Global Robotics & Aut ETF (Investment Account #1) | | None | | | Buy | 02/14/18 | J | | |
| 124. | | | | | Sold | 11/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 04/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544